**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHENGXUAN CHEN,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | No. 26-cv-05797<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Albert Berry, III |

**DECLARATION OF DONGYING SU**

I, Dongying Su of the City of Chicago, in the State of Illinois, declare and state:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois. I am the attorney for Shengxuan Chen ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order [18] permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and by sending an e-mail to the e-mail addresses provided for Defendants by third parties.

3. On May 29, 2026, I sent an e-mail containing copies of the Summons, Complaint, and Order Authorizing Expedited Discovery to the e-mail addresses provided by third party e-commerce platforms as being related to the defendants. The e-mail also included a link to the designated service website containing the relevant court filings.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2026

/s/ Dongying Su
DONGYING SU
Attorney for Plaintiff